### R. F. DOWNING & CO. v. UNITED STATES.

(Circuit Court, S. D. New York. February 13, 1903.)

#### No. 3,263.

1 CUSTOMS DUTIES—CARBONS OF VARIOUS LENGTH.
  Electric carbon sticks of various lengths, to be cut required lengths and finished for use in electric lighting, are dutiable, as carbon not specially provided for, at 35 per cent. ad valorem, under paragraph 97 of the tariff act of 1897 (30 Stat. 156 [U. S. Comp. St. 1901, p. 1633]), and not as carbons for electric lighting, at 90 cents per hundred of sticks they would make of the length required, under paragraph 98.

Albert Comstock, for appellant.
D. Frank Lloyd, Asst. U. S. Atty.

WHEELER, District Judge. These articles are sticks of electric carbon of various lengths, to be cut to required lengths and finished for use in electric lighting, and have been assessed as carbons for electric lighting, at 90 cents per hundred of sticks they would make of the length required, under paragraph 98 of the act of 1897 (30 Stat. 156 [U. S. Comp. St. 1901, p. 1633]), against a protest that they should be assessed as carbon not specially provided for at 35 per cent. ad valorem, under paragraph 97.

The same question arose in respect to like articles, except as to length of imported sticks, in U. S. v. Reisinger, in the Circuit Court of Appeals of this circuit. 36 C. C. A. 626, 94 Fed. 1002. That decision was in favor of the importer, and is controlling here.

Decision reversed.